**Order entered January 17, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00634-CR

**PAUL CLARENCE BAILEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81879-09**

## ORDER

The Court **ORDERS** Niki Garcia, as official court reporter of the 366th Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing a copy of State's Exhibit no. 3, a DVD.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to Niki Garcia, official court reporter of the 366th Judicial District Court.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE